UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILFIDO NOLBERTO CORTEZ
ESTEBAN, et al.,

Plaintiffs,

v.

SERGIO ALBARRAN, et al.,

Defendants.

Case No.  26-cv-03363-RS

**ORDER VACATING BRIEFING
SCHEDULE AND CALLING FOR
STATUS REPORT**

On April 21, 2026, Petitioners filed a petition for a writ of habeas corpus and a motion for a temporary restraining order to prevent their detention and impending deportation to Guatemala. The motion for a TRO was granted early in the morning on April 22, 2026. The order required Respondents to release Petitioner by 9:00 a.m. and submit a status report confirming their release by 11:00 a.m. Respondents have confirmed that Petitioners are no longer in custody, and they are in the process of securing their transfer from Texas back to the Northern District of California. Accordingly, the briefing and hearing schedule set out in the order granting the TRO is vacated.

The TRO will remain in effect until May 6, 2026, unless otherwise ordered. A hearing on preliminary injunction will be heard on May 4, 2026, at 2:30 p.m. Respondents shall file papers showing cause why a preliminary injunction should not issue no later than April 29, 2026, at 5:00 p.m. Petitioners may file a reply no later than May 3, 2026, at noon. Respondents are also directed to file another status report by April 23, 2026, at 12:00 a.m., confirming that Petitioners have arrived in the Northern District of California.

**IT IS SO ORDERED**.

Dated: April 22, 2026

_____
RICHARD SEEBORG
Chief United States District Judge